UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:

                    Case No. 13-45966

**BLH Imports,**

                    Chapter 11

         Debtor.
-----------------------------------------------------------x

State of New York   )
             ) ss.:
County of Westchester )

Alan Horowitz, being duly sworn, deposes and says:

I am the President and 100% shareholder of **BLH Imports,** the Debtor herein and I am personally familiar with all of the matter set forth below.

1. Debtor's business is a Custom Suit Manufacturer.  The Debtor intends to propose a Chapter 11 Plan addressing current business line of credit arrearage and potentially other unsecured creditors through the use of the income generated by the practice.

2. The Petition in this matter is to be commenced as a Chapter 11.

3. With respect to the holders of the largest claims:

    (a)  Rocco Chicarelli             $ 900,000

4. Summary of Assets and Liabilities:
    <u>Assets:</u>  0

    <u>Liabilities:</u>  TBD

5. No securities of the Debtor are publicly held.

6. At this time no property of the Debtor is in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or agent for any such entity.

7. The Debtor operates the business from Commercial and Factory Building, located at  43-15 Queens Street, Long Island City, NY  11101.

8. The Debtor's books and records are located at 43-15 Queens Street, Long Island City, NY 11101. All of the assets, (the properties) are located in the County of Queens. Debtor holds no assets outside the territorial limits of the United States of America.

9. At this time the only proceeding pending or threatened against the Debtor is as follows:

(a) Matter relating to a consolidated judgment with the New York / New Jersey regional joint board of United Worker's.

10. Alan Horowitz is the President and operator of the Debtor within.

12. (b) BUSINESS TO CONTINUE

(1). Other than the undersigned, the Debtor has approximately 70 employees.

(2). There is no amount paid or proposed to be paid for services for the 30 day period following the filing of the Chapter 11 petition. As of this date, no financial or business consultant has been retained.

(3). At this time, Debtor is unable to include an estimate of cash receipts or disbursements. The only income at the present time are proceeds from sales valued at approximately $ 250,000.00 per month.

Dated: September 25, 2013
White Plains, New York

Respectfully submitted,

*/s/ Alan Horowitz*
Alan Horowitz
President and Operator of Debtor